**RECEIVED**

APR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT  APR 1 1 2008
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Ronald Williams

v.

Defendant(s) Chicago Police Department
6464 N. Clark

**08CV2083**
**JUDGE GOTTSCHALL**
**MAG. JUDGE NOLAN**

## COMPLAINT

Office of the Chicago Police Department Refused. To Give Me a Police Report. Than he could Plenty see that my Unit was tampered with. When I call for Police, the crooked Manager. Ran out to police car, said Something to him. to make him not to do his job. Cop Wouldn't give me his Badge number or his Name. This officer didn't have Aint Affidavit After Inley Kuers At our Affair's -

Ronald Williams