**FILED**

JUN 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Judge GROH STRaw.

Plaintiff(s) Ronald Williams

Case No. 08 CV 2083

V.

Defendant(s) Cop. IVERY #8229 024 District
Badge #

## AMENDED COMPLAINT

This is about framing & intrapment that back-fired. With 023 District that followed me to My Storage Unit. After, I filed twice Against "023" District / Will QPS, Case # 100.15.92 & Case 100.19.68" Who as I said fellow me to My Storage Unit. In 024 District When A Crooked Cop Refused to Give Me a police Report, And this Name. & Badge # When He Could Plainly See, that my Storage was Invaded. From the top, And that it was and inside Job. When the Unit Car. Arrived the Manage, that I complain About And on. Will owner's At the time Also With F.T.C. Back. in 06. Dale Also Ran Out to the Car, When Cop. Pull up, told Cop something So, He wouldn't. Give me A. police Report. Now the manager has Been Made to Protect the Name of Storage Company And Also Dominque Also, has. Been Move So she wouldn't talk. About what Happen

Constitution or laws of the United States. (18 U.S.C. §§ 241, 242) this cop he refused to give me a police report after the crook Dale the manager ran out to the squad car and told him something, that had to do with me and my storage unit, the when this cop came upstairs with the

Manager, this cop could plainly see that my storage unit from the top of it was tampered with, this cop still refused to give me a police report I had problem with district of 023 in the past and I know how some of the crooked cops work the next day, I discovered that and gold watch was missing and some files,

Title VI of the civil rights act of 1964 and the "O JP

Department of Justice. (42 U.S.C. § 2000d, et seq. and 42 U.S.C. § 3789d(c)).This person and the manager Dale of Life storage now call, Simply storage, I do believe because of my filling OPS report has targeted me, a man by the name of Peter Coffman or Kauthman told me that, I would lose everything, I own which he knew some of the crooked cops in 023 district of Up-Town that, I filed against case 100-15-92 and 100-79-68 both of 023 district,

I filed against, case # 100-15-92 which a crooked cop had nothing better to do than to lie on me that cops name is Michael White of 023 district and also same district case # 100-79-68 after filling months afterwards the same group set me up for another game they play, it call planting,

Title II of the American disabilities ACT of 1990 and the section of 504 of Rehabilitation act of 1973

I am Disable and I am also on disability, from what I have seen there is a crew of fascist people that work with non profit organization, also people who work for the city for instant the Dept of Human resources in uptown and a few more that have been mis-using federal funding for there own self help, and also tar getting some people that are on some of the things that, I mention

The plaintiff call on the 22nd of Jan of 08 in the evening time when a police officer answer the call, from district 024 the site was at 7524 N Paulina in the Roger Park in the Dominick's plaza ,one of the manager by the name of Dale when the office drove up dale ran up to the squad car

And told the cop something then both the cop and the manger came upstairs when the officer approached the unit, I ask him do you see this is and inside job he said yes but is there anything missing, I couldn't believe what he had said , I had complained on this manager before in 06

To the FTC, I filing on the 024 district because under the claim of 1983 act this officer didn't do he job, I am not a lawyer and, I have ask many a lawyer to help but the answer was no! there is a case that I can compare to mine and it

Gomez VS Toledo 446 US 635 105 ct, 1920.64 1 .ed 2d 492 1961 my property was tampered with and the cop wouldn't give a police report nor his badge # also the other managers had told me that my file was missing from the office and they had heard the alarm go off, but there were woman so they didn't go to investigate now Dale has been moved and I haven't see Dominique she has been move also this is what happen people with money

Can move there employers around to invade trouble as they have done in the pass